**K. George JOOVELEGIAN**

v.

**Raymond E. THEISLER et al.**

No. 82–19–A.

Supreme Court of Rhode Island.

July 29, 1982.

Arthur G. Capaldi, Gary M. Coutu, Coventry, for plaintiff.

Joseph A. Kelly, Providence, for defendants.

ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

WEISBERGER and SHEA, JJ., did not participate.